**United States District Court**
For the Northern District of California

1
2
3                    IN THE UNITED STATES DISTRICT COURT
4              FOR THE NORTHERN DISTRICT OF CALIFORNIA
5    RONALD F. GREENSPAN,                       No. C 05-02816 SI
6              Plaintiff,                        **ORDER RE: DOCUMENT RETENTION**
7      v.
8    TOWER C. SNOW, JR.,
9              Defendant.
                                              /
10
11        Now before the Court is defendant's request for a protective order to prevent plaintiff, trustee for the
12   bankruptcy estate of Brobeck, Phleger & Harrison, LLP, from destroying approximately 40,000 administrative
13   files belonging to the Brobeck estate.  In a letter brief dated October 4, 2005 (Docket #3), defendant
14   represents that the trustee has two motions pending in bankruptcy court that would allow it to destroy the
15   documents at issue. The first such motion seeks permission to enter into settlement agreements with two
16   document storage facilities that currently house the administrative files.  These settlement agreements would
17   expressly provide that the document storage facilities would be "under no obligation to continue to store or
18   maintain [Brobeck's administrative] files and [would be] free to destroy or dispose of them." Def. Br. at 1.
19   The second motion seeks to abandon the estate's interest in the administrative files.  Both of the trustee's
20   motions are currently scheduled to be heard on October 13, 2005.
21        The trustee has not yet responded to defendant's letter brief.  In order to ensure that the documents
22   at issue are preserved until both parties have the opportunity to be heard on the issue, the Court hereby
23   ORDERS plaintiff to maintain the documents  until further order of this Court.
24        **IT IS SO ORDERED.**
25   Dated: October 7, 2005
26
27                                              SUSAN ILLSTON
                                               United States District Judge
28