IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. GREENSPAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>TOWER C. SNOW, JR.,<br><br>　　　　Defendant.<br>　　　　　　　　　　　　　　　　　／ | No. C 05-02816 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 3/10/06 at 2:30 p.m.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is November 1, 2006.

DESIGNATION OF EXPERTS: 12/1/06; REBUTTAL: 1/15/07.
　　Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is February 15, 2006.

DISPOSITIVE MOTIONS **SHALL** be filed by March 2, 2007;

　Opp. Due March 16, 2007; Reply Due March 23, 2007;

　and set for hearing no later than April 6, 2007 at 9:00 AM.

PRETRIAL CONFERENCE DATE: May 15, 2007 at 3:30 PM.

JURY TRIAL DATE: May 29, 2007 at 8:30 AM.,
　Courtroom 4, 17th floor.

TRIAL LENGTH is estimated to be ___ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The parties have agreed to participate in private mediation with Judge Fannon in December 2005.

The Court grants each side leave to take 30 depositions.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/28/05

　　　　　　　　　　　　　　　　　　　　　　　　　_Susan Illston_
　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　SUSAN ILLSTON
　　　　　　　　　　　　　　   　　　　　　　　　 United States District Judge