1  COOLEY GODWARD LLP
   STEPHEN C. NEAL (170085)
2  JOHN C. DWYER (136533)
   JEFFREY S. KARR (186372)
3  Five Palo Alto Square
   3000 El Camino Real
4  Palo Alto, CA 94306
   Telephone:    (650) 843-5000
5  Facsimile:    (650) 857-0663
   Email:        sneal@cooley.com
6                dwyerjc@cooley.com
                 jkarr@cooley.com
7
   Attorneys for Defendant
8  Tower C. Snow, Jr.

9

                    UNITED STATES DISTRICT COURT
10
                   NORTHERN DISTRICT OF CALIFORNIA
11

12 | | Case No. C 05-02816 SI
13 | RONALD F. GREENSPAN, |
   |                     | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING RULING BY BANKRUPTCY COURT ON MOTION TO APPROVE SETTLEMENT AGREEMENT**
14 | Plaintiff, |
15 | v. |
16 | TOWER C. SNOW, JR., |
   |                    | Date: March 10, 2006
17 | Defendant. | Time: 2:30 p.m.
   |            | Place: Courtroom 10
18 | | Judge:  The Honorable Susan Illston

1  Plaintiff Ronald F. Greenspan, Trustee for the bankruptcy estate of Brobeck, Phleger & Harrison, LLP, and Defendant Tower C. Snow, Jr., by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference scheduled in the above referenced case from March 10, 2006 at 2:30 p.m. to May 19, 2006 at 2:30 p.m.  Good cause exists for accepting this stipulation, which is based on the following facts:

**Whereas**, Ronald F. Greenspan is the duly appointed Trustee for the Chapter 7 bankruptcy estate of Brobeck, Phleger & Harrison, LLP;

**Whereas**, Ronald F. Greenspan filed this adversary proceeding in bankruptcy court to recover distributions that were made to Mr. Snow while Mr. Snow was a partner of Brobeck, Phleger & Harrison;

**Whereas**, the adversary proceeding was transferred to this Court;

**Whereas**, a Case Management Conference is scheduled for March 10, 2006 and Case Management Conference statements are due March 3, 2006;

**Whereas**, the parties engaged in a mediation on December 19, 2006;

**Whereas**, the parties have reached a settlement, which is subject to Bankruptcy Court approval;

**Whereas**, the Trustee filed a motion for approval of the settlement agreement with the Bankruptcy Court on March 1, 2006;

**Whereas**, the hearing on the motion to approve the settlement is scheduled for March 29, 2006; and

**Whereas**, the parties believe that no further proceedings are necessary in this case pending Bankruptcy Court review and approval of the settlement agreement.

**Now, therefore**, based on the foregoing facts, the parties stipulate to entry of an order as follows:

1. The Case Management Conference currently scheduled for March 10, 2006 at 2:30 p.m. is continued to May 19, 2006 at 2:30 p.m. in Courtroom 10 of the United States District Court for the Northern District of California, San Francisco Division.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC
CASE NO. C 05-02816 SI

    2.    The parties shall submit Case Management Conference statements on or before May 12, 2006.

Dated: March 6, 2006

Respectfully submitted,

COOLEY GODWARD LLP

By:    /s/ Jeffrey S. Karr
         Jeffrey S. Karr

Attorneys for Defendant Tower C. Snow, Jr.

Dated: March 6, 2006

HENNIGAN, BENNETT & DORMAN LLP

By:    /s/Bennett J. Murphy
         Bennett J. Murphy

Attorney for Plaintiff Ronald F. Greenspan

**ORDER**

Pursuant to stipulation, it is so ordered.

Dated: March __, 2006

The Honorable Susan Illston
United States District Judge

721992 v1/PA
03/03/06 11:49 AM

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

3.

**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CMC**
**CASE NO. C 05-02816 SI**