COOLEY GODWARD LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
JEFFREY S. KARR (186372)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:  (650) 843-5000
Facsimile:  (650) 857-0663
Email:  sneal@cooley.com
        dwyerjc@cooley.com
        jkarr@cooley.com

Attorneys for Defendant
Tower C. Snow, Jr.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. GREENSPAN,<br><br>    Plaintiff,<br><br>v.<br><br>TOWER C. SNOW, JR.,<br><br>    Defendant. | Case No. C 05-02816 SI<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE PENDING DISMISSAL OF CASE WITH PREJUDICE PURSUANT TO SETTLEMENT AGREEMENT**<br><br>Date: May 12, 2006<br>Time: 2:30 p.m.<br>Place: Courtroom 10<br><br>Judge:    The Honorable Susan Illston |

Plaintiff Ronald F. Greenspan, Trustee for the bankruptcy estate of Brobeck, Phleger & Harrison, LLP, and Defendant Tower C. Snow, Jr., by and through their respective counsel of record, hereby stipulate to continue the Case Management Conference scheduled in the above referenced case from May 12, 2006 at 2:30 p.m. to July 21, 2006 at 2:30 p.m. Good cause exists for accepting this stipulation, which is based on the following facts:

**Whereas**, the parties to this Action have reached a settlement, which was subject to Bankruptcy Court approval;

**Whereas**, the Bankruptcy Court entered an order approving the Settlement on March 29, 2006, which order is now final and non-appealable;

**Whereas**, the final payment due under the Settlement Agreement must be made on or before June 28, 2006;

**Whereas**, the Settlement Agreement requires that a dismissal with prejudice of this Action be filed within ten business days after receipt of the final settlement payment;

**Whereas**, the parties anticipate that a request for dismissal with prejudice of this Action will be filed no later than July 12, 2006; and

**Whereas**, no further proceedings are necessary in this case pending dismissal.

**Now, therefore**, based on the foregoing facts, the parties stipulate to entry of an order as follows:

1. The Case Management Conference currently scheduled for May 12, 2006 at 2:30 p.m. is continued to July 21, 2006 at 2:30 p.m. in Courtroom 10 of the United States District Court for the Northern District of California, San Francisco Division. A Case Management Conference Statement shall be filed no later than July 14, 2006. In the event that the request for dismissal with prejudice is filed prior to the date set for the filing of the Case Management Conference Statement or the Case Management Conference, no further action will be required by the parties even if the dismissal is not yet entered by the Court.

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

2.

STIPULATION AND [PROPOSED] ORDER TO
CONTINUE CMC
CASE NO. C 05-02816 SI

Dated: May 2, 2006

Respectfully submitted,

COOLEY GODWARD LLP

By: _____*/s/ Jeffrey S. Karr*_____
       Jeffrey S. Karr

Attorneys for Defendant Tower C. Snow, Jr.

Dated: May 1, 2006

HENNIGAN, BENNETT & DORMAN LLP

By: _____*/s/ Bennett J. Murphy*_____
       Bennett J. Murphy

Attorney for Plaintiff Ronald F. Greenspan

## **ORDER**

Pursuant to stipulation, it is so ordered.

Dated: May ___, 2006

_____
The Honorable Susan Illston
United States District Judge

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Paragraph (B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: May 2, 2006

*/s/ Jeffrey S. Karr*
Jeffrey S. Karr

726186 v1/PA
05/01/06 11:35 AM