COOLEY GODWARD LLP
STEPHEN C. NEAL (170085)
JOHN C. DWYER (136533)
JEFFREY S. KARR (186372)
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306
Telephone:     (650) 843-5000
Facsimile:     (650) 857-0663
Email:         sneal@cooley.com
               dwyerjc@cooley.com
               jkarr@cooley.com

Attorneys for Defendant
Tower C. Snow, Jr.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONALD F. GREENSPAN,<br><br>    Plaintiff,<br><br>  v.<br><br>TOWER C. SNOW, JR.,<br><br>    Defendant. | Case No. C 05-02816 SI<br><br>**CORRECTED STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE**<br><br><br>Judge:  The Honorable Susan Illston |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), and in accordance with the Settlement Agreement reached between the parties, Plaintiff Ronald F. Greenspan, Trustee for the bankruptcy estate of Brobeck, Phleger & Harrison, LLP, and Defendant Tower C. Snow, Jr., by and through their respective counsel of record, hereby stipulate to dismissal of this action with prejudice on the terms of that certain Settlement Agreement and Mutual Release dated as of February 15, 2006.

Dated: July 14, 2006

Respectfully submitted,

COOLEY GODWARD LLP

By: _____*/s/ Jeffrey S. Karr*_____
Jeffrey S. Karr

Attorneys for Defendant Tower C. Snow, Jr.

Dated: July 12, 2006

HENNIGAN, BENNETT & DORMAN LLP

By: _____*/s/ Bennett J. Murphy*_____
Bennett J. Murphy

Attorney for Plaintiff Ronald F. Greenspan



IT IS SO ORDERED
Judge Susan Illston

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X, Paragraph (B), I attest under penalty of perjury that concurrence in the filing of this document has been obtained from the other signatories.

Dated: July 14, 2006

*/s/ Jeffrey S. Karr*
Jeffrey S. Karr

731820 v1/PA
07/12/06 1:30 PM